| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gold, Steven M. | 2. Court or Organization<br><br>U.S. District Court EDNY | 3. Date of Report<br><br>04/30/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court
225 Cadman Plaza East Chambers 1217S
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | P/time Adjunct Prof. of Law | Brooklyn Law School |
| 2. | Board Member | ███████████████████████ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Salary/Adj Prof of Law/Brooklyn Law School | $20,000.00 |
| 2. 2014 | Lecturer, Brooklyn Law School | $1,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Salary/Executive Director, ███████████████ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE CHECKING 046 (J) | A | Interest | J | T | | | | | |
| 2. CHASE PLUS SAVING 767 (J) | A | Interest | K | T | | | | | |
| 3. CHASE DYNAMIC YIELD STRAT. ((J) | | | | | | | | | |
| 4. - JPM Strat Inc Opp Fund (J) | A | Int./Div. | | | Sold | 02/19/14 | J | A | |
| 5. - JPM Tr I MLT SC Inc Fund/JPM Unconstrained Debt Fund (J) | A | Int./Div. | J | T | Buy (add'l) | 03/17/14 | J | | |
| 6. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 7. | | | | | Sold (part) | 10/22/14 | J | A | |
| 8. -Harbor High Yield Bond (J) | A | Int./Div. | J | T | Sold (part) | 01/06/14 | J | A | |
| 9. - Harbor Convertible Sec (J) | A | Int./Div. | J | T | | | | | |
| 10. -Clearbridge Equity (J) | A | Int./Div. | J | T | Buy (add'l) | 01/14/14 | J | | |
| 11. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 12. -SIT Dividend Growth (J) | A | Int./Div. | J | T | | | | | |
| 13. -Tortoise MLP and Pipeling (J) | A | Int./Div. | | | Sold | 06/20/14 | J | A | |
| 14. -Ridgeworth SEIX Floating (J) | A | Int./Div. | J | T | | | | | |
| 15. -Gateway Fund (J) | A | Int./Div. | | | Sold | 03/14/14 | J | A | |
| 16. -Nuveen Global Infrastructure (J) | A | Int./Div. | | | Sold | 01/14/14 | J | A | |
| 17. -Matthews Asia Dividend (J) | A | Int./Div. | J | T | Sold (part) | 03/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Eaton Vance Floating Rate (J) | A | Int./Div. | J | T | | | | | |
| 19. - Blackrock High Yield Bond (J) | A | Int./Div. | J | T | | | | | |
| 20. -Cohen & Steers Pref's Sec & Inc (J) | A | Int./Div. | J | T | Buy (add'l) | 02/11/14 | J | | |
| 21. -HSBC Funds Total Return (J) | A | Int./Div. | J | T | Buy (add'l) | 06/17/14 | J | | |
| 22. - Doubleline Total Return (J) | A | Int./Div. | K | T | Buy (add'l) | 03/17/14 | J | | |
| 23. - TRP Inst Floating Rate (J) | A | Int./Div. | J | T | Sold (part) | 10/22/14 | J | A | |
| 24. | | | | | Sold (part) | 10/29/14 | J | A | |
| 25. -JPM Intrepid Eur Fund (J) | A | Int./Div. | J | T | | | | | |
| 26. -Metropolitan West Funds (J) | A | Int./Div. | J | T | | | | | |
| 27. -Avenue Mutual Funds (J) | A | Int./Div. | J | T | Buy (add'l) | 09/22/14 | J | | |
| 28. Columbia FD Ser TRT (J) | A | Int./Div. | J | T | Buy (add'l) | 02/19/14 | J | | |
| 29. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 30. Lord Abbett Invt Tr (J) | A | Int./Div. | J | T | Buy | 10/20/14 | J | | |
| 31. | | | | | Buy (add'l) | 10/23/14 | J | | |
| 32. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 33. CHASE TAP ABSOLUTE RET (J) | | | | | | | | | |
| 34. -JPM Str Inc Opp Fund (J) | A | Int./Div. | J | T | Sold (part) | 01/21/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/19/14 | J | A | |
| 36. - JPM Tr I MLT SC Inc Fund/ JPM Unconstrained Debt Fund (J) | A | Int./Div. | J | T | Buy (add'l) | 06/19/14 | J | | |
| 37. | | | | | Sold (part) | 10/15/14 | J | A | |
| 38. -PimcoUnconstrained Bond (J) | A | Int./Div. | | | Sold | 09/26/14 | K | A | |
| 39. - Prudential Invt Portfolio 9 (J) | A | Int./Div. | J | T | Buy (add'l) | 06/19/14 | J | | |
| 40. - RBC Funds Tr Blubay (J) | A | Int./Div. | J | T | | | | | |
| 41. - Eaton Vance Floating Rate (J) | A | Int./Div. | J | T | Buy (add'l) | 01/21/14 | J | | |
| 42. | | | | | Sold (part) | 10/20/14 | J | A | |
| 43. - Goldman Sachs Tr Strg (J) | A | Int./Div. | J | T | Buy (add'l) | 01/21/14 | J | | |
| 44. - Doubleline Total Return (J) | A | Int./Div. | J | T | Sold (part) | 01/21/14 | J | A | |
| 45. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 46. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 47. -HSBC Funds Total Return (J) | A | Int./Div. | J | T | Buy (add'l) | 06/19/14 | J | | |
| 48. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 49. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 50. JPM Gbb Bd Opp FD (J) | A | Int./Div. | J | T | Buy | 10/15/14 | J | | |
| 51. Columbia FD SER TR (J) | A | Int./Div. | J | T | Buy | 10/20/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  VANGUARD HEALTHCARE FUND IRA | D | Dividend | L | T | | | | | |
| 53.  CHASE MANAGED ACCOUNT (IRA) | | | | | | | | | |
| 54.  -JP Morgan Core Bond Fund (IRA) | A | Int./Div. | J | T | Buy | 02/07/14 | J | | |
| 55.  -SPDR S&P 500 ETF Trust (IRA) | A | Int./Div. | K | T | Buy | 02/07/14 | J | | |
| 56. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 57. | | | | | Buy (add'l) | 10/08/14 | J | | |
| 58. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 59.  -JPMorgan TR I EX-G4(IRA) | A | Int./Div. | | | Sold | 01/16/14 | J | A | |
| 60.  -JPM Intrepid Value (IRA) | A | Int./Div. | | | Sold | 06/12/14 | J | | |
| 61.  -JPM China Region (IRA) | A | Int./Div. | | | Sold | 03/06/14 | J | A | |
| 62.  -JPM Strat Inc Opp (IRA) | A | Int./Div. | J | T | Buy (add'l) | 06/12/14 | J | | |
| 63.  -JPM Short Duration Bond (IRA) | A | Int./Div. | J | T | Sold (part) | 02/07/14 | J | A | |
| 64. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 65.  -JPM TR I MLT SC Inc / JPM Unconstrained Debt (IRA) | A | Int./Div. | | | Buy (add'l) | 06/12/14 | J | | |
| 66. | | | | | Sold | 12/01/14 | J | A | |
| 67.  -JPM TR I Infl Mngd Bd (IRA) | A | Int./Div. | J | T | Buy (add'l) | 06/12/14 | J | | |
| 68.  -JPM Tax Aware Equity (IRA) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -AIM Invt FDS Bal Risk (IRA) | A | Int./Div. | | | Sold | 01/01/14 | J | A | |
| 70. -Aberdeen Asia Pacific | A | Int./Div. | J | T | Sold (part) | 02/07/14 | J | A | |
| 71. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 72. -Pimco FDS Unconstr Bd (IRA) | A | Int./Div. | J | T | Buy (add'l) | 06/12/14 | J | | |
| 73. -Pimco Commodities Plus Strat (IRA) | A | Int./Div. | J | T | Sold (part) | 01/16/14 | J | A | |
| 74. -Neub Berman Multi Cap Opp (IRA) | B | Int./Div. | J | T | Sold (part) | 06/12/14 | J | A | |
| 75. -Primecap Odyssey Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 76. -Principal Invs Fd Midcap (IRA) | A | Int./Div. | J | T | | | | | |
| 77. -Doubleline FDS TR | A | Int./Div. | J | T | Buy (add'l) | 06/12/14 | J | | |
| 78. -Gateway Fund | A | Int./Div. | J | T | | | | | |
| 79. -T Rowe Price Overseas Stock (IRA) | A | Int./Div. | J | T | Buy (add'l) | 02/07/14 | J | | |
| 80. | | | | | Sold (part) | 12/16/14 | J | A | |
| 81. -Blackrock High Yield Bond (IRA) | A | Int./Div. | J | T | | | | | |
| 82. -Columbia FDS Series TR II Mass Asia (IRA) | A | Int./Div. | J | T | | | | | |
| 83. -Arbitrage Funds I (IRA) | A | Int./Div. | J | T | | | | | |
| 84. -Ishares MSCI Emerging Mkts (IRA) | A | Int./Div. | J | T | | | | | |
| 85. -Ishares MSCI EAFE Index Fd (IRA) | A | Int./Div. | J | T | Buy (add'l) | 01/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ishares Core S&P Midcap (IRA) | A | Int./Div. | | | Sold | 06/12/14 | J | A | |
| 87. -SDR S&P 500 ETF Trust (IRA) | B | Int./Div. | K | T | | | | | |
| 88. -MFS Int Value (IRA) | A | Int./Div. | J | T | | | | | |
| 89. -Equinox FDS Tr (IRA) | A | Int./Div. | J | T | Buy (add'l) | 06/12/14 | J | | |
| 90. Dodge & Cox Int' Stock (IRA) | A | Int./Div. | J | T | Buy | 01/16/14 | J | | |
| 91. | | | | | Buy (add'l) | 02/07/14 | J | | |
| 92. Brown Adv Japan Alpha (IRA) | A | Int./Div. | J | T | Buy | 03/06/14 | J | | |
| 93. Inv Balanced Risk Alloc-Y (IRA) | A | Int./Div. | | | Buy | 03/24/14 | J | | |
| 94. | | | | | Sold | 08/14/14 | J | A | |
| 95. Fundvantage Tr Abs Rtr Instl/Gotham Absolute Retn (IRA) | A | Int./Div. | J | T | Buy | 03/24/14 | J | | |
| 96. | | | | | Buy (add'l) | 08/14/14 | J | | |
| 97. Oppenheimer Developing Mkt (IRA) | A | Int./Div. | | | Sold | 02/07/14 | J | A | |
| 98. Ridgewirth SEIX Floating (IRA) | A | Int./Div. | | | Sold | 05/30/14 | J | A | |
| 99. Eaton Vance Global Macro (IRA) | A | Int./Div. | | | Sold | 03/24/14 | J | A | |
| 100. Vanguard FTSE Eur (IRA) | A | Int./Div. | | | Sold | 10/08/14 | J | A | |
| 101. Capital Priv Client (IRA) | A | Int./Div. | | | Sold | 01/16/14 | J | A | |
| 102. CHASE MANAGED ACCT (IRA) (S) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. JP Morgan Liquid Assets MMkt (IRA) (S) | A | Int./Div. | J | T | | | | | |
| 104. T Rowe Price New Income (IRA) (S) | A | Int./Div. | J | T | | | | | |
| 105. Goldman Sachs Small Cap Value (IRA) (S) | A | Int./Div. | J | T | | | | | |
| 106. Thornburg Intl Value (IRA) (S) | A | Int./Div. | | | Sold (part) | 02/18/14 | J | A | |
| 107. | | | | | Sold | 03/10/14 | J | A | |
| 108. Pimco Total Return (IRA) (S) | A | Int./Div. | | | Buy (add'l) | 07/28/14 | J | | |
| 109. | | | | | Sold | 10/06/14 | J | A | |
| 110. Oppenheimer Developing Markets (IRA) (S) | A | Int./Div. | J | T | | | | | |
| 111. Aston/Fairpointe Mid Cap (IRA) (S) | A | Int./Div. | J | T | Buy (add'l) | 01/06/14 | J | | |
| 112. Wells Fargo Advantage Growth (IRA) (S) | A | Int./Div. | J | T | | | | | |
| 113. SDPR S&P 500 ETF Trust (IRA) (S) | A | Int./Div. | J | T | | | | | |
| 114. Oakmark Fund I (IRA) (S) | A | Int./Div. | K | T | | | | | |
| 115. JP Morgan High Yield Bond (IRA) (S) | A | Int./Div. | J | T | | | | | |
| 116. JP Morgan Core Bond (IRA) (S) | A | Int./Div. | J | T | | | | | |
| 117. JP Morgan Small Cap Equity (IRA) (S) | A | Int./Div. | J | T | | | | | |
| 118. JP Morgan US Equity Fund (IRA) (S) | A | Int./Div. | K | T | | | | | |
| 119. JP Morgan Emerging Markets Equity (IRA) (S) | A | Int./Div. | | | Sold | 09/22/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. JP Morgan Mid Cap Equity (IRA) (S) | A | Int./Div. | J | T | | | | | |
| 121. JP Morgan Intl Value (IRA) (S) | A | Int./Div. | J | T | | | | | |
| 122. Blackrock High Yld Bond (IRA)(S) | A | Int./Div. | J | T | | | | | |
| 123. Cohen and Steers Realty Income (IRA) (S) | A | Int./Div. | | | Sold (part) | 02/18/14 | J | A | |
| 124. | | | | | Sold | 12/02/14 | J | A | |
| 125. Federated Instit'l High Yield Bond (IRA)(S) | A | Int./Div. | J | T | | | | | |
| 126. Goldman Sachs Emerging Mkkts (IRA)(S) | A | Int./Div. | | | Sold | 12/02/14 | J | A | |
| 127. Vanguard Sector Index Fd (IRA)(S) | A | Int./Div. | | | Sold | 12/04/14 | J | A | |
| 128. -Causeway Cap Mngmnt (S)(IRA) | A | Int./Div. | J | T | | | | | |
| 129. -Deleware Gp Emerg. Mkts (S)(IRA) | A | Int./Div. | J | T | | | | | |
| 130. -Harbor Intl Fund (IRA)(S) | A | Int./Div. | J | T | | | | | |
| 131. -JP Morgan Short Dur'n Bond (IRA)(S) | A | Int./Div. | J | T | | | | | |
| 132. -JPMorgan Value Adv (IRA)(S) | A | Int./Div. | J | T | | | | | |
| 133. -Mass. Invstrs Trust (IRA)(S) | A | Int./Div. | K | T | | | | | |
| 134. -Sterling Cap FDS Capital (IRA)(S) | A | Int./Div. | J | T | | | | | |
| 135. -Pimco Short Term Fund (IRA)(S) | A | Int./Div. | J | T | | | | | |
| 136. -IShares MSCI EAFE | A | Int./Div. | J | T | Buy (add'l) | 02/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 138. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 139. Dodge & Cox Int'l Stock Fund (IRA)(S) | A | Int./Div. | J | T | Buy | 09/22/14 | J | | |
| 140. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 141. Blackrock Int'l Index Fd (ARA)(S) | A | Int./Div. | J | T | Buy | 12/02/14 | J | | |
| 142. T ROWE PRICE RTMNT. PLAN (S) | | | | | | | | | |
| 143. - T Rowe Price Personal Strategy Fund 403(b) (S) | D | Dividend | M | T | | | | | |
| 144. - T Rowe Price Health Sciences Fund 403(b) (S) | D | Dividend | L | T | | | | | |
| 145. - T Rowe Price Prime Reserve Fund 403(b) (S) | A | Dividend | K | T | | | | | |
| 146. REFORM PENSION BOARD 403(b) (S) | | | | | | | | | |
| 147. -Ref. Pens Bd. Apprecn &Inc. Fund 403(b) (S) | A | Int./Div. | M | T | Buy (add'l) | 01/31/14 | J | | |
| 148. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 149. | | | | | Buy (add'l) | 10/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 04/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Lines 3, 33, 53, 97, 137 and 141 are headers. While I understand that notations such as (S) and (J) are not required, I find them useful to keep track of the various listed accounts.

2) The name of the asset reported as JPM TR I MLT SC Inc. in 2013 was changed to JPM Unconstrained Debt Fund in November 2014. Thus, this asset, held in the Chase Dynmic Yield Strategy, Chase Tap Absolute Ret, and Chase Managed Account (IRA) is listed in this report under both names, or as JPM Tr I MLT SC Inc Fund/ JPM Unconstrained Debt Fund in each of these accounts.

3) The name of the asset reported as Fundvantage Tr Abs Rtr Instl in the Chase Managed Account (IRA) was changed to Gotham Absolute Retn in August 2014. Thus, this asset is listed in this report under both names, or as Fundvantage Tr Abs Rtr Instl/Gotham Absolute Retn.

7) In my 2013 report, I listed a partial sale on October 24, 2013 of SPDR Gold Trust (IRA) in the Chase Managed Account (IRA). The holding is not listed, however, in my January 2014 statement. I may have inadvertently listed the sale as partial when it was in fact complete. The asset is therefore not listed in this 2014 report.

6) The sale of AIM Invt FDS Bal Risk (IRA) in the Chase Managed Account (IRA) is listed as having been made on January 1 because the asset was listed on my 2013 report but is not among the account's listed holdings in my January 2014 statement. I infer that the asset was sold during 2013 but that I did not note it in that report. It may be that the asset was sold in increments of less than $1,000.

9) The asset Blackrock US Opportunity (IRA)(S) is not reported as an asset held by the Chase Managed Account (IRA)(S) although it was reported as held and not sold in 2013 because it does not appear as an asset held in the account in my January 2014 statement and I have not been able to track down the reason for this apparent discrepancy. It may be that the asset was sold in increments of less than $1,000.

10) As a point of information, I have listed all purchases and sales in the Chase Managed Account (IRA) regardless of amount, but only those equal to or more than $1,000 in the Chase Managed Account ((IRA)(S).

11) I AM FILING AN AMENDED REPORT IN RESPONSE TO THE LETTER OF THE COMMITTEE DATED JULY 28, 2015. PART VII, LINES 54 AND 84 HAVE BEEN AMENDED TO INCLUDE VALUE AND CALUE METHOD CODES. I HAVE INSERTED NEW LINES 97-101 TO REPORT SALES OF ASSETS LISTED IN MY 2013 REPORT BUT NOT IN MY 2014 REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven M. Gold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544